JS-6

Clair G. Burrill SBN 63930
Clair G. Burrill, P.C.
501 S. Reino Road, Suite 300
Thousand Oaks, CA 91320
Telephone: (805) 375-1144
clairburrill@gmail.com

Robert S. Besser SBN 46541
LAW OFFICES OF ROBERT S. BESSER
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401
Telephone: (310) 394-6611
rsbesser@aol.com

Attorneys for Defendants
Larry Hernandez, Sodin Productions, LLC, and Frances Bast

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC, INC., a California corporation.<br><br>vs.<br><br>LARRY HERNANDEZ, an individual; SODIN PRODUCTIONS, LLC, an Arizona limited liability company; FRANCES BAST, an individual; and DOES 1-10, inclusive,<br><br>Defendants.<br>_____<br>SODIN PRODUCTIONS LLC, an Arizona limited liability company:<br><br>Counterclaimant<br><br>vs.<br><br>HYPHY MUSIC, INC., a California corporation.<br><br>Counterdefendant. | Case No. 2:21-cv-07877-SSS-JPRx<br>Honorable Sunshine Suzanne Sykes<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

**ORDER**

Based on the Joint Stipulation of the parties and good cause appearing therefor, IT IS ORDERED that the entire within action be dismissed and is hereby dismissed with prejudice.

IT IS **SO** ORDERED.

**DATED:** November 6, 2024

_____
Sunshine Suzanne Sykes
U.S. District Court. Judge

**ORDER**